**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

GREGORY L. HARRIS,

Plaintiff

v.

JUSTIN VOSS, et al.,

Defendants

Case No.: 3:25-cv-00510-ART-CSD

**Order Re: Service of Process**

The Office of the Attorney General did not accept service of process on behalf of Defendant Robert Hartman. (ECF No. 11.) The Attorney General's Office has filed the last known address of Defendant Robert Hartman under seal. (ECF No. 12.)

The Clerk shall kindly **ISSUE** a summons for Robert Hartman and **SEND** the same to the U.S. Marshal with the address provided under seal. (ECF No. 12.) The Clerk shall also **SEND** sufficient copies of the operative complaint (ECF No. 1-1), the screening order (ECF No. 5), and this Order to the U.S. Marshal for service on Defendant Robert Hartman. The court will separately provide to the U.S. Marshal a completed USM-285 form for Mr. Hartman.

Plaintiff is reminded that **January 12, 2027**, is the deadline to complete service of process pursuant to Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED**.

Dated: November 5, 2026

Craig S. Denney
United States Magistrate Judge